# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AYISHA RANDLE, on behalf of herself and all others similarly situated, | ) ) ) | Civil Action No. 1:14-cv-0245-WSD |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| ALLCONNECT, INC. | ) ) | COLLECTIVE CERTIFICATION SOUGHT |
| Defendant. | ) ) | |
| _____ | ) | |

## PROPOSED ORDER APPROVING SETTLEMENT AGREEMENT

This case involves claims under the Fair Labor Standards Act, 29 U.S.C § 201, *et seq.*, based on Defendant's alleged failure to properly compensate Plaintiff and a putative class of employees for all hours worked. This matter is before the Court upon the Joint Motion for Approval of Settlement Agreement ("Joint Motion") of the parties for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise.

The Court has reviewed the parties' Joint Motion and draft Settlement Agreement. The Court is further aware of investigation by the parties of the facts underlying the lawsuit, and of negotiations between the parties. The Court is of the opinion that there are *bona fide* disputes over matters regarding Plaintiffs' and the putative class of employees' FLSA claims.

In light of these legitimate disputes, the Court is of the opinion that the parties' Settlement Agreement reflects a fair and reasonable resolution of these *bona fide* disputes. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution as described in the Settlement Agreement and ORDERS such payments to be made accordingly.

DONE and ORDERED this _____ day of _____, 2014.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE